1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GERALD SPENCE,

11          Plaintiff,                    No. CIV S-03-1195 LKK DAD P

12          vs.

13   STATE OF CALIFORNIA, et al.,

14          Defendants.            ORDER

15   _____/

16          Plaintiff has filed a motion for an open-ended extension of time to request

17   reconsideration of the court's December 13, 2005 order addressing fifteen of plaintiff's discovery

18   motions and requests.  Plaintiff has also requested clarification of an inconsistency in the

19   December 13, 2005 order with regard to plaintiff's motion to compel responses to his sixth

20   request for production of documents.

21          By this order, the court will correct an omission of two words on page 25 of the

22   December 13, 2005 order that resulted in the inconsistency noted by plaintiff.  The court will also

23   grant plaintiff a twenty-day extension of time to request reconsideration of the December 13,

24   2005 order by the assigned district judge pursuant to Local Rule 72-303(b) and (c).  In light of

25   the May 12, 2006 deadline for completion of discovery in this action, it is unlikely that any

26   further extension of time will be granted for this purpose.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's December 27, 2005 request for clarification of the court's December 13, 2005 order (#88) is granted.

2.  The court's order signed December 13, 2005, and filed December 14, 2005 (#88) is amended so that lines 5 through 8 on page 25 of the order read as follows, with the amendment shown in bold:

> Plaintiff's October 17, 2005 motion to compel (#85) is granted except as to Request No. 5 of plaintiff's sixth request for production of documents; within thirty days from the date of this order, defendants shall serve further responses to Requests Nos. 1 through 4 **and 6** of plaintiff's sixth request for production of documents.

No amendment to the docket entry for #88 is required by this amendment.

3.  Plaintiff's December 27, 2005 motion to extend time is granted in part.

4.  Plaintiff is granted twenty days from the date of this order in which to file and serve any request for reconsideration by the district judge of the order filed December 14, 2005 (#88).

DATED: January 11, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
spen1195.36recon

2