IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants.<br>_____/ | NO. 02:03-CV-1195 LKK DAD P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

       The Court, having considered Defendants Terhune, Runnels, Felker, Johnson and Wong's first request for an extension of time to serve defendants' response to plaintiff's Seventh Request for Production of Documents, and good cause having been found,

       **IT IS HEREBY ORDERED**: Defendants' January 3, 2006 request is granted and defendants are granted an extension of time, to and including January 29, 2006, to complete and serve responses to plaintiff's Seventh Request for Production of Documents.

DATED: January 11, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/spen1195.eotprod7