IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD SPENCE,** | 02:03-CV-1195 LKK DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

    Good cause appearing therefor, IT IS ORDERED that Defendants' January 9, 2006 request is granted and Defendants are granted a 33-day extension of time up to, and including, February 14, 2006, to serve their responses to Plaintiff's Second Request for Admissions.

DATED: January 11, 2006.

_DALE A. DROZD_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/spen1195.eotadm2