1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GERALD SPENCE,

11          Plaintiff,                    No. CIV S-03-1195 LKK DAD P

12      vs.

13   STATE OF CALIFORNIA, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff has informed the court that he was transported without notice from High

17   Desert State Prison to Deuel Vocational Institution on June 14, 2006, and one week later was

18   transported to the Sacramento County Jail, where he is awaiting a new trial on his criminal

19   conviction.  Plaintiff states that his personal property was placed in storage at High Desert, his

20   mail is not being forwarded, and he has not been allowed access to the jail library.  Plaintiff seeks

21   a stay, an order requiring prison officials to send him his personal property, and an order

22   requiring jail officials to give him access to the jail library.

23          Plaintiff's current address has been entered on the dockets of his open cases.  The

24   defendants in this case will be directed to re-serve their motion for summary judgment upon

25   plaintiff at his current address.  Plaintiff's requests, construed as a request to extend plaintiff's

26   time to comply with deadlines in this case, will be granted.  Plaintiff's time to oppose

1

1  defendants' summary judgment motion will be extended by three months, and the court's

2  scheduling order will be modified with regard to the dates set for pretrial statements, pretrial

3  conference, and jury trial.  In all other respects, the scheduling order remains in full effect.

4      Good cause appearing, IT IS ORDERED that:

5      1.  Defendants are notified of plaintiff's change of address and are directed to re-

6  serve their July 7, 2006 motion for summary judgment upon plaintiff at his current address;

7      2.  Plaintiff's July 11, 2006 request for stay and other orders is construed as a

8  request for extension of time and, so construed, is granted;

9      3.  Plaintiff's opposition or statement of non-opposition to defendants' motion for

10 summary judgment shall be filed on or before October 30, 2006; any reply by defendants shall be

11 filed in accordance with Local Rule 78-230(m);

12     4.  Pretrial conference before the magistrate judge is continued from October 27,

13 2006, to February 23, 2007; plaintiff shall file and serve his pretrial statement on or before

14 February 2, 2007, and defendants shall file and serve their pretrial statement on or before

15 February 16, 2007; and

16     5.  Jury trial before the Honorable Lawrence K. Karlton is continued from January

17 23, 2007, to June 5, 2007, at 10:00 a.m. in Courtroom #4.

18 DATED: July 17, 2006.

19

20         _____

21         DALE A. DROZD

         UNITED STATES MAGISTRATE JUDGE

22 DAD:13

23 spen1195.schedmod

24

25

26